THERESE Y. CANNATA (SBN 88032)
JUNA KIM (SBN 230100 )
RACHEL L. KENT (SBN 269992)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 1775
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
Email: tcannata@ccolaw.com

Attorneys for Defendants
CHICO SCRAP METAL, INC. AND GEORGE W. SCOTT, SR.
INDIVIDUALLY AND AS TRUSTEE
OF THE GEORGE W. SCOTT, SR. REVOCABLE
*INTER VIVOS* TRUST DATED SEPTEMBER 25, 1995

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICO SCRAP METAL, INC. a California corporation; GEORGE W. SCOTT, SR. individually and as trustee of GEORGE W. SCOTT, SR. REVOCABLE *INTER VIVOS* TRUST DATED SEPTEMBER 25, 1995, <br><br> Plaintiffs, <br><br> v. <br><br> DEBBIE RAPHAEL, in her official capacity as Director of the California Department of Toxic Substances Control; LEONARD ROBINSON, in his official capacity as former Acting Director of the California Department of Toxic Substances Control; RAYMOND LECLERC, in his official capacity as the Assistant Deputy Director of California Department of Toxic Substances; DIANE SHERIDAN, in her official capacity as an employee of California Department of Toxic Substances Control; NANCY LANCASTER, an individual; SAMUEL MARTINEZ, JR, an individual; VIVIAN MURAI, an individual; STEVEN BECKER, an individual; LEONA WINNER, an individual; MICHAEL RAMSEY, in his official capacity as District Attorney of Butte County; HAROLD THOMAS, an individual, GEORGE BARBER, an individual; and DOES 1-20, inclusive, <br><br> Defendants. | **Case No.** 2:11cv1201-JAM-CMK <br><br> **ORDER GRANTING PLAINTIFFS' APPLICATION TO SHORTEN TIME** <br><br> Date: <br> Time: <br> Place: <br> Judge: Hon. John Mendez |

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ORDER TO SHORTEN TIME

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs George W. Scott, Sr. individually and in his capacity as trustee of the George W. Scott, Sr. Revocable Inter Vivos Trust Dated September 25, 1995, and Chico Scrap Metal, Inc., (collectively referred as "plaintiffs") hereby submit the following proposed order to shorten time for the hearing of Plaintiffs' motion for preliminary injunction:

## **ORDER**

Based on Plaintiffs' application and accompanying declaration, I hereby GRANT Plaintiffs' order to shorten time with the following schedule:

1) The hearing date shall be July 20, 2011 at 9:30 a.m.

2) The Defendants' Opposition Brief shall be filed no later than July 8, 2011.

3) The Plaintiffs' Reply Brief shall be filed not later than July 13, 2011.

It is SO ORDERED.

Dated: 6/27/2011

/s/ John A. Mendez
THE HONORABLE JOHN MENDEZ
Judge of the United States District Court

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' ORDER TO SHORTEN TIME

PDF created with pdfFactory trial version www.pdffactory.com