1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  STEVEN M. GEVERCER, State Bar No. 112790
   Senior Assistant Attorney General
3  KEVIN W. REAGER, State Bar No. 178478
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-5331
6   Fax: (916) 322-8288
    E-mail: Kevin.Reager@doj.ca.gov
7  *Attorneys for the DTSC Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHICO SCRAP METAL, INC., a California corporation; GEORGE W. SCOTT, SR., individually and as trustee of GEORGE W. SCOTT, SR. REVOCABLE INTER VIVOS TRUST DATED SEPTEMBER 25, 1995,**<br><br>Plaintiffs,<br><br>v.<br><br>**LEONARD ROBINSON, in his official capacity as Acting Director of the California Department of Toxic Substances Control; et al.,**<br><br>Defendants. | 2:11-cv-1201 JAM CMK<br><br>**ORDER AFTER HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs' motion for preliminary injunction came on for hearing, on shortened time, on July 20, 2011. Therese Y. Cannata and Rachel Kent appeared on behalf of Plaintiffs. Deputy Attorney General Kevin W. Reager appeared on behalf of the Department of Toxic Substances Control Defendants (the "DTSC Defendants"). Stephen E. Horan appeared on behalf of the Butte County District Attorney's Office Defendants (the "District Attorney Defendants"). After

{00921330.DOCX}                                                       1

PDF created with pdfFactory trial version www.pdffactory.com

considering the briefs filed by the parties and the argument presented at the time of hearing, IT IS HEREBY ORDERED that:

    1.    Counsel for Plaintiffs is sanctioned in the amount of $700.00 for violating the court's page limits on the moving papers and reply. Said sanction to be paid to the court within 10 days;

    2.    Plaintiff's motion for preliminary injunction is DENIED. As to the District Attorney Defendants, the court finds that Defendants may have potentially meritorious defenses based on lack of jurisdiction, abstention, *Heck v. Humphrey*, and prosecutorial immunity. As to the DTSC Defendants, the court finds that Defendants may have potentially meritorious defenses based on lack of jurisdiction and qualified immunity. For these reasons, Plaintiffs have not shown a likelihood of prevailing on the merits of the action.

IT IS SO ORDERED.

Dated: August 1, 2011

    /s/ John A. Mendez  
HONORABLE JOHN A. MENDEZ  
U.S. District Court Judge

Approved as to form.

Dated: July 29, 2011    CANNATA, CHING & O'TOOLE LLP

    /s/ Therese Y. Cannata  
THERESE Y. CANNATA  
Attorneys for Plaintiffs

Dated: July 29, 2011    PORTER SCOTT

    /s/ Stephen E. Horan  
STEPHEN E. HORAN  
Attorneys for Defendants Ramsey, Thomas and Barber

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: July 29, 2011 | OFFICE OF THE ATTORNEY GENERAL |
| | __/S/ KEVIN W. REAGER_____<br>KAMALA D. HARRIS<br>Attorney General of California<br>STEVEN M. GEVERCER<br>Senior Assistant Attorney General<br>KEVIN W. REAGER<br>Deputy Attorney General<br>*Attorneys for the DTSC Defendants* |

PDF created with pdfFactory trial version www.pdffactory.com